www.flsb.uscourts.gov
## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF
### DIVISION

In re:                                §
                                      §
                                      §
Esther Moreno                         §     Case No. 11-45250
                                      §
                                      §
_____Debtor(s)_____§_____

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     Maria M. Yip, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/Maria M. Yip, Trustee_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank United POB 538613 Atlanta, GA 30353-8613 | | | | | |
| | Nissan Motor P.O. BOX 660360 Dallas, TX 75266 | | | | | |
| **TOTAL SECURED CLAIMS** | | | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Maria M. Yip | | | | | |
| Maria M. Yip | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Asset Acceptance POB 9065 Warren, MI 48090-2036 | | | | | |
| | Bank of America P.O. BOX 851001 Dallas, TX 75285-1001 | | | | | |
| | Bank of America PO BOX 851001 Dallas, TX 75285 | | | | | |
| | Bank of America POB 851001 Dallas, TX 75285-1001 | | | | | |
| | Baptist Health South Florida POB 830880 Miami, FL 33283 | | | | | |
| | Bloomindales P.O. BOX 183083 Columbus, OH 43218-3083 | | | | | |
| | Bloomindales P.O. BOX 183083 Columbus, OH 43218-3083 | | | | | |
| | Broward Heath South Florida PO BOX 025615 Atlanta, GA 31193 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Cardmember Service POB 15159 Wilmington, DE 19886-5153 | | | | | |
| | Chase Pier One PO BOX 15298 Wilmington, DE 19850 | | | | | |
| | Citi P.O. BOX 182564 Columbus, OH 43218-2564 | | | | | |
| | Credit First POB 81344 Cleveland, OH 44188 | | | | | |
| | Credit First POB 81344 Cleveland, OH 44188 | | | | | |
| | Dillards/GEMB POB 960012 Orlando, FL 32896-0012 | | | | | |
| | Dillards/GEMB POB 960012 Orlando, FL 32896-0012 | | | | | |
| | El Dorado P.O. BOX 9328 Des Moines, IA 50306 | | | | | |
| | Express P.O. BOX 659728 San Antonio, TX 78265 | | | | | |
| | GE Brandsmart POB 965036 Orlando, FL 32896-5036 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GE Money Bank Lens Crafters PO BOX 960061 Orlando, FL 32896-0061 | | | | | |
| | GE Money Bank PO BOX 960061 Orlando, FL 32896 | | | | | |
| | GE Money Bank POB 960061 Orlando, FL 32896 | | | | | |
| | GE Rooms To Go POB 965036 Orlando, FL 32896-5036 | | | | | |
| | Good Year CBNA P.O. Box 18305 Columbus, OH 43218-3015 | | | | | |
| | Home Depot Credit Services Processing Center Des Moines, IA 50364-0500 | | | | | |
| | Home Depot Credit Services Processing Center Des Moines, IA 50364-0500 | | | | | |
| | Imperial Point Medical PO BOX 932540 Atlanta, GA 31193 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | JC Penney P.O. BOX 960090 Orlando, FL 32896-0090 | | | | | |
| | JC Penny PO BOX 960090 Orlando, FL 32896-0090 | | | | | |
| | Macy POB 183084 Columbus, OH 43218-3084 | | | | | |
| | Macy POB 183084 Columbus, OH 43218-3084 | | | | | |
| | Nordstrom Bank P.O. BOX 79137 Phoenix, AZ 85062-9137 | | | | | |
| | North Broward Hospital District PO BOX 862851 Orlando, FL 32886 | | | | | |
| | North Broward Hospital PO BOX 862851 Orlando, FL 32886 | | | | | |
| | Pier Imports Cardmember Service PO BOX 94014 Palatine, IL 60094-4014 | | | | | |
| | RPM 20816 44Th Ave Lynnwood, WA 98036 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sears P.O. BOX 183081 Columbus, OH 43218-3081 | | | | | |
| | Sears P.O. BOX 183081 Columbus, OH 43218-3081 | | | | | |
| | Sears P.O. BOX 183081 Columbus, OH 43218-3081 | | | | | |
| | Sears P.O. BOX 183082 Columbus, OH 43218-3081 | | | | | |
| | Sears/CBNA PO BOX 183081 Columbus, OH 43218 | | | | | |
| | Wells Fargo Financial PO BOX 660431 Dallas, TX 75266-0431 | | | | | |
| 8 | GE Capital Retail Bank | | | | | |
| 9 | Midland Funding, LLC | | | | | |
| 4 | Midland Funding, LLC | | | | | |
| 5 | Midland Funding, LLC | | | | | |
| 6 | Midland Funding, LLC | | | | | |
| 7 | Midland Funding, LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | N. A. As Successor To Fia Card Services | | | | | |
| 3 | N. A. Citibank | | | | | |
| 10 | Pyod, Llc Its Successors And Assigns As Assignee | | | | | |
| 11 | Pyod, Llc Its Successors And Assigns As Assignee | | | | | |
| 12 | Pyod, Llc Its Successors And Assigns As Assignee | | | | | |
| 1 | Quantum3 Group Llc As Agent For | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-45250 | LMI | Judge: | Laurel M. Isicoff | Trustee Name: | Maria M. Yip, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Esther Moreno | | | | Date Filed (f) or Converted (c): | 12/28/2011 (f) |
| | | | | | 341(a) Meeting Date: | 02/06/2012 |
| For Period Ending: | 05/17/2013 | | | | Claims Bar Date: | 05/14/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 5401 SW 5th Terrace, Miami, FL 33134 | 205,700.00 | 0.00 | | 0.00 | FA |
| 2. Chase Checking Account No.Xxx-1406 | 50.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods and Furnishings | 730.00 | 730.00 | | 0.00 | FA |
| 4. Used Clothes and Shoes of value to debtor only | 50.00 | 0.00 | | 0.00 | FA |
| 5. Earrings, rings, Costume jewelry and Miscellaneous women acc | 100.00 | 0.00 | | 0.00 | FA |
| 6. Estimated 2011 Income Tax Refund Based On Pro Rata Divined | 3,114.00 | 0.00 | | 4,356.46 | FA |
| 7. 2010 Nissan Rouge Vin No.Jn8as5mt3aw000559 Miles: 24,500 Val | 19,200.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)           $228,944.00           $730.00           $4,356.46           $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Status: TFR filed.

Claims: All Claims resolved.

Estate Tax Returns: No returns are required at this time.

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Amendment 2/7/12 DE 16 |
| | | | Corbetts Eighth St Add PB 16-38 Lot 12 Blk 2 Lot Size 50.000 x 104 OR 19399-0649 |
| | | | 11/20000 4 OR 19399-0649 1100 01 |
| | | | Debtor will reaffirm the debt. |
| RE PROP # | 3 | -- | Bedroom #1: Furniture Is Over 10 Years Old Bed Night Table D |

Exhibit 8

Initial Projected Date of Final Report (TFR): 11/29/2013       Current Projected Date of Final Report (TFR): 11/29/2013

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-45250 | Trustee Name: | Maria M. Yip, Trustee |
|---|---|---|---|
| Case Name: | Esther Moreno | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX7593 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3864 | Blanket Bond (per case limit): | $123,797,500.00 |
| For Period Ending: | 05/17/2013 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/20/12 | | Transfer from Acct # xxxxxx5234 | Transfer of Funds | 9999-000 | $4,356.46 | | $4,356.46 |
| 03/11/13 | 10001 | Maria M. Yip<br>201 Alhambra Circle<br>Suite 501<br>Coral Gables, FL 33134 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,089.12 | $3,267.34 |
| 03/11/13 | 10002 | Maria M. Yip<br>201 Alhambra Circle<br>Suite 501<br>Coral Gables, FL 33134 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $72.48 | $3,194.86 |
| 03/11/13 | 10003 | Quantum3 Group Llc As Agent For<br>World Financial Network National Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution to claim 1 representing a payment of 8.11 % per court order. | 7100-000 | | $131.75 | $3,063.11 |
| 03/11/13 | 10004 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 10 representing a payment of 8.11 % per court order. | 7100-000 | | $159.04 | $2,904.07 |
| 03/11/13 | 10005 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 11 representing a payment of 8.11 % per court order. | 7100-000 | | $834.61 | $2,069.46 |
| 03/11/13 | 10006 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 12 representing a payment of 8.11 % per court order. | 7100-000 | | $305.55 | $1,763.91 |
| 03/11/13 | 10007 | N. A. As Successor To Fia Card Services<br>Fia Card Services, N.A. As Successor To<br>Bank Of America, N.A. (Usa)<br>And Mbna America Bank, N.A.<br>Po Box 15102<br>Wilmington, De 19886-5102 | Final distribution to claim 2 representing a payment of 8.11 % per court order. | 7100-000 | | $255.77 | $1,508.14 |

Page Subtotals:  $4,356.46    $2,848.32

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 11-45250 | Trustee Name: | Maria M. Yip, Trustee | |
| Case Name: | Esther Moreno | Bank Name: | Union Bank | |
| | | Account Number/CD#: | XXXXXX7593 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX3864 | Blanket Bond (per case limit): | $123,797,500.00 | |
| For Period Ending: | 05/17/2013 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/11/13 | 10008 | N. A. Citibank<br>Citibank, N.A.<br>C/O American Infosource Lp<br>Po Box 248840<br>Oklahoma City, Ok 73124-8840 | Final distribution to claim 3 representing a payment of 8.11 % per court order. | 7100-000 | | $262.42 | $1,245.72 |
| 03/11/13 | 10009 | Midland Funding, LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave Suite 1120<br>Miami Fl 33131-1605 | Final distribution to claim 4 representing a payment of 8.11 % per court order. | 7100-000 | | $88.88 | $1,156.84 |
| 03/11/13 | 10010 | Midland Funding, LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave Suite 1120<br>Miami Fl 33131-1605 | Final distribution to claim 5 representing a payment of 8.11 % per court order. | 7100-000 | | $118.69 | $1,038.15 |
| 03/11/13 | 10011 | Midland Funding, LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave Suite 1120<br>Miami Fl 33131-1605 | Final distribution to claim 6 representing a payment of 8.11 % per court order. | 7100-000 | | $383.39 | $654.76 |
| 03/11/13 | 10012 | Midland Funding, LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave Suite 1120<br>Miami Fl 33131-1605 | Final distribution to claim 7 representing a payment of 8.11 % per court order. | 7100-000 | | $125.88 | $528.88 |
| 03/11/13 | 10013 | GE Capital Retail Bank<br>C/O Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Final distribution to claim 8 representing a payment of 8.11 % per court order. | 7100-000 | | $205.24 | $323.64 |
| 03/11/13 | 10014 | Midland Funding, LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave Suite 1120<br>Miami Fl 33131-1605 | Final distribution to claim 9 representing a payment of 8.11 % per court order. | 7100-000 | | $323.64 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $4,356.46 | $4,356.46 |
| Less: Bank Transfers/CD's | $4,356.46 | $0.00 |
| Subtotal | $0.00 | $4,356.46 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $4,356.46 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $1,508.14 |

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-45250 | Trustee Name: Maria M. Yip, Trustee |
| Case Name: Esther Moreno | Bank Name: Capital One Bank |
| | Account Number/CD#: XXXXXX5234 |
| | Checking |
| Taxpayer ID No: XX-XXX3864 | Blanket Bond (per case limit): $123,797,500.00 |
| For Period Ending: 05/17/2013 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/01/12 | 6 | United States Treasury | Tax refund 4/11/12 DE 33 Order grant Motion to Approve Stipulation. | 1124-000 | $4,356.46 | | $4,356.46 |
| 10/05/12 | INT | Capital One Bank | Interest Rate 0.080 | 1270-000 | $0.01 | | $4,356.47 |
| 11/30/12 | INT | Capital One Bank | Erroneously Posted Interest Bank debited .01 cent on 10/11/12 for interest that had been posted erroneously on 10/5/12. | 1270-000 | ($0.01) | | $4,356.46 |
| 12/20/12 | | Transfer to Acct # xxxxxx7593 | Transfer of Funds | 9999-000 | | $4,356.46 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $4,356.46 | $4,356.46 |
| Less: Bank Transfers/CD's | $0.00 | $4,356.46 |
| Subtotal | $4,356.46 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $4,356.46 | $0.00 |

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

Page Subtotals: $4,356.46    $4,356.46

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5234 - Checking | $4,356.46 | $0.00 | $0.00 |
| XXXXXX7593 - Checking | $0.00 | $4,356.46 | $0.00 |
| | $4,356.46 | $4,356.46 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $4,356.46 |
| Total Gross Receipts: | $4,356.46 |